United States District Court
Southern District of Texas
**ENTERED**
November 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Stella Link Mobile Service Station, Inc., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1748 |
| | § | |
| Travelers Casualty Insurance Company of America, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On November 20, 2020, a settlement was reached in this action. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within sixty (60) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 23rd day of November, 2020.

SIM LAKE
UNITED STATES DISTRICT JUDGE