United States District Court
Southern District of Texas
**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STELLA LINK MOBILE SERVICE STATION, INC. § § § | |
| v. § | CIVIL ACTION NO. 4:19-CV-01748 |
| § § | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This day, came on for hearing, the Parties' Joint Motion to Dismiss with Prejudice, and the Court, having considered same, is of the opinion that said Motion is meritorious and should be GRANTED. It is therefore,

ORDERED, ADJUDGED and DECREED, that all claims and causes of action asserted by Stella Link Mobile Service Station, Inc. against Travelers Casualty Insurance Company of America are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs of court.

SIGNED this **7th** day of **January**, 2021.

_____
Honorable United States District Court Judge

1

**APPROVED AND ENTRY REQUESTED:**

LUGENBUHL, WHEATON, PECK, RANKIN &
    HUBBARD, A LAW CORPORATION

---

Christine R. Edwards
Texas Bar Number: 24107329
cedwards@lawla.com
LaDonna G. Schexnyder
Texas Bar Number: 24072938
lschexnyder@lawla.com
801 Travis Street, Suite 1800
Houston, Texas 77002
PH:  (713) 222-1990
FAX:  (713) 222-1996

ATTORNEYS FOR DEFENDANT

FRIESELL WESTERLAGE, PLLC

---

Aristotelis Westerlage
Texas Bar Number: 24088622
telly@friesellwesterlage.com
John Friesell
Texas Bar Number: 90001413
john@friesellwesterlage.com
One City Centre
1021 Main Street, Suite 1250
Houston, Texas 77002
PH:  (713) 236-9177
FAX:  (888) 749-3831

ATTORNEYS FOR PLAINTIFF